UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
2017-2012

Powers Kirn, LLC
ecf@powerskirn.com
728 Marne Highway, Suite 200
Moorestown, NJ 08057
856-802-1000

Order Filed on February 8, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Fred E. Okafor

Case No.: 16-34490-CMG

Hearing Date: 10/04/2017

Judge: Honorable Christine M. Gravelle

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 8, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 16-34490-CMG    Doc 98    Filed 02/08/18    Entered 02/08/18 15:28:21    Desc Main
Document    Page 2 of 2

Page 2
Debtor: Fred E. Okafor
Case No.: 16-34490-CMG
Caption of Order: ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for MTGLQ Investors, L.P., appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of MTGLQ Investors, L.P., in relation to 180 Suydam Street, New Brunswick, NJ 08901, is hereby resolved upon the conditions set forth herein.

2. The debtor shall obtain a permanent loan modification with respect to the mortgage held by MTGLQ Investors, L.P., no later than January 31, 2018, or by further extension by the Court.

3. In the event that the debtor is unable to obtain a permanent loan modification within the deadline set forth herein or debtor fails to accept any modification that might be offered, the debtor shall file a modified plan no later than 14 days from the deadline fixed above to either provide for repayment of arrears and/or surrender of the subject property.

4. The objections filed on behalf of the Secured Creditor are hereby preserved and may be presented in relation to any further plan of reorganization presented by the debtor.

5. This Order does not constitute a waiver of Movant's right to move to enforce its assignment of rents relative to the subject property in the event that no modification is achieved.

6. The Secured Creditor shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.