UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Friedman Vartolo LLP
85 Broad Street- Suite 501
New York, New York 10004
bankruptcy@friedmanvartolo.com
T: (212) 471-5100
F: (212) 471-5150
Attorneys for SN Servicing Corporation as Servicer for US Bank Trust National Association as Trustee of the Tiki Series III Trust

In Re:

        Fred E. Okafor

Debtor(s)

Case No.: 16-34490

Chapter: 13

Hearing Date:
October 16, 2019

Hon. Judge:
Christine M. Gravelle

Order Filed on November 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## ORDER RESOLVING MOTION TO VACATE STAY

The order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 21, 2019**

_Honorable Christine M. Gravelle_
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | SN Servicing Corporation |
| Applicant's Counsel: | Friedman Vartolo LLP |
| Debtor's Counsel: | David Beslow, Esq. |
| Property Involved("Collateral"): | 99 Beekman Lane, Hillsborough, NJ 08844 |

Relief sought:
- √ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - The Debtor was approved for a trial modification period that began September 1, 2019 with monthly payments in the amount of $4,492.90 per month.

2. Debtor must remain current on the trial period payments as well as all subsequent payments should a permanent modification be offered at the conclusion of the trial period.

3. Payments to the Secured Creditor shall be made to the following address(es):

    ✓ Payments:    SN Servicing Corporation
    PO Box 660820
    Dallas, TX 75266-0820

In the event of Default:

If the Debtors fail to timely make regular monthly payments per the trial period agreement or any subsequent modification agreement within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain relief via an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, Certification specifying the Debtors' failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and the Debtors' Attorney.

4. Award of Attorney's Fees:

- ✓ The Applicant is awarded attorney's fees of $350.00, and costs of $181.00.

The fees and costs are payable through the Chapter 13 plan.